1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

SALEH ABDULLAH,

No.  2:17-cv-0028-TLN-EFB PS

12

Plaintiff,

13

v.

ORDER RE SETTLEMENT & DISPOSITION

14

CONVERGENT HEALTHCARE
RECOVERIES INC. dba CONVERGENT
OUTSOURCING, INC.,

15

16

Defendant.

17

18

19

Pursuant to the representations by counsel for defendant, this matter has settled.  *See* ECF

20

No. 8.  Accordingly, the court now orders that dispositional documents are to be filed not later

21

than thirty (30) days from the date of this order.

22

All hearing dates heretofore set in this matter are VACATED.

23

FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

24

IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

25

CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

26

IT IS SO ORDERED.

27

DATED:  January 11, 2017.

28

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE